UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

MAREK SOCHA and HALINE SOCHA,

        Appellants,

-against-

110 CHURCH LLC, et al

        Appellees,

---

Docket No.: 14-2401

**STIPULATION**

    It appears that the above-captioned appeal is premature in that some claims remain pending in district court and no Fed. R. Civ. P. 54(b) certification has issued.

    The undersigned counsel for the parties stipulate that the appeal in the above-captioned matter is withdrawn with prejudice without costs or fees pursuant to FRAP 42(b). This stipulation shall not preclude an appeal from a final judgment or an otherwise appealable order.

Date:  July 22, 2014

                                                Gregory J. Cannata
                                               Attorney for Appellant
                                               Gregory J. Cannata & Associates
                                               233 Broadway
                                               5th Floor
                                               New York, New York 10279

Date:  July 22, 2014

                                                Philip Goldstein
                                               *Attorneys for Appellees Merrill Lynch & Co., Inc., 222 Broadway, LLC, Battery Park City Authority and the Brookfield Entity Defendants; Member of Defense Liaison Committee*
                                               McGuireWoods LLP
                                             1345 Avenue of the Americas
                                             New York, New York 10105

*Defendants in Case No. 09CV00680, Marek Socha vs. 110 Church, LLC, et al.*

| | |
|---|---|
| Leila Cardo<br>**RUBIN, FIORELLA & FRIEDMAN LLP**<br>630 Third Avenue<br>New York, NY 10017<br>Telephone: (212) 953-2381<br>lcardo@RubinFiorella.com<br><br>*Attorneys for Defendants 110 Church L.L.C. and Lionshead 110 Development L.L.C.* | Michael A. Savino<br>**COZEN O'CONNOR**<br>45 Broadway, 16th Floor<br>New York, NY 10006<br>Telephone: (212) 509-9400<br>MSavino@cozen.com<br><br>*Attorneys for Defendants AIG Realty, Inc., American International Group, Inc., and American International Realty Corp.* |
| Howard F. Strongin<br>**STRONGIN ROTHMAN & ABRAMS, LLP**<br>5 Hanover Square, 4th Floor<br>New York, NY 10004<br>Telephone: (212) 931-8300<br>hstrongin@sralawfirm.com<br><br>*Attorneys for Defendants Nomura Holding America, Inc. and Nomura Securities International, Inc.* | Ric Gallin<br>Frank Keenan<br>**METHFESSEL & WERBEL**<br>2025 Lincoln Highway, Suite 200<br>Edison, NJ 08818<br>Telephone: (732) 248-4200<br>gallin@methwerb.com<br>keenan@methwerb.com<br><br>*Attorneys for Defendants Blackmon-Moore-Steamatic Catastrophe, Inc. and One Liberty Plaza* |
| Alex R. Malino<br>William D. Joyce III<br>**BARRY, MCTIERNAN & MOORE, LLC**<br>2 Rector Street, 14th floor<br>New York, NY 10006<br>Telephone: (212) 313-3600<br>alexmalino@bmmfirm.com<br>wjoyce@bmmfirm.com<br><br>*Attorneys for Defendants Ann Taylor Stores, Inc., Structure Tone, (UK) Inc., and Structure Tone Global Services, Inc.* | David M. Pollack<br>David B. Sherman<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>77 Water Street, 21st Floor<br>New York, New York 10005<br>Telephone: (212) 232-1300<br>David.Pollack@lewisbrisbois.com<br>David.Sherman@lewisbrisbois.com<br><br>*Attorney for Defendant Indoor Environmental Technology, Inc.* |

*Defendants in Case No. 09CV00680, Marek Socha vs. 110 Church, LLC, et al.*

William J. Smith
Cory Frank
**FAUST GOETZ SCHENKER & BLEE LLP**
Two Rector Street, 20th Floor
New York, NY 10006
Telephone: (212) 363-6900
wsmith@fgsb.com
cfrank@fgsb.com

*Attorneys for Defendants Brookfield Financial Properties, LP, World Financial Properties, L.P. and the WFP Entities*

Nicholas Kauffman
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
1133 Westchester Avenue
White Plains, NY 10604
Telephone: (914) 323-7000
nicholas.kauffman@wilsonelser.com

*Attorney for Defendant Weston Solutions, Inc.*

James J. Coster
Mario Aieta
M.J. Williams
**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
jcoster@ssbb.com
maieta@ssbb.com
mwilliams@ssbb.com

*Attorneys for Defendant JPMorgan Chase & Co., incorrectly named by Plaintiffs as Chase Manhattan Banking Corporation and Manufacturers Hanover Trust Company*

Rosalie J. Perrone
John P. Cookson
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
88 Pine Street, 24 th Floor
New York, NY 10005
Telephone: (212) 483-9490
rperrone@mdmc-law.com
jcookson@mdmc-law.com

*Attorneys for Defendant Ambient Group, Inc.*

Steven H. Cohen
**LAW OFFICES OF MICHAEL E. PRESSMAN**
125 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: (212) 480-3030
lawoffices@mepressman.com

*Attorney for Defendant GSL Enterprises, Inc.*

Salvatore J. Calabrese
**AHMUTY DEMERS & MCMANUS**
199 Water Street
New York, NY 10038
Phone: (212) 513-7788
Salvatore.Calabrese@admlaw.com

*Attorneys for Defendant Hillmann Environmental Group, LLC*

*Defendants in Case No. 09CV00680, Marek Socha vs. 110 Church, LLC, et al.*

Richard E. Leff
**MCGIVNEY & KLUGER, P.C.**
80 Broad Street, 23rd Floor
New York, NY 10004
Telephone: (212) 509-3456
rleff@mklaw.us.com

*Attorney for Defendants Boston Properties Inc., 90 Church Street Limited Partnership, General Reinsurance Corp. i/s/h/a General re Services Corp., National Association of Securities Dealers, Inc. (NASD), The New York City Industrial Development Agency (NYCIDA), New York City Economic Development Corporation (NYCEDE), and The NASDAQ Stock Market, Inc.*